UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| COSME LEONEL RAMOS-GARCIA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, EDEN DETENTION CENTER,<br><br>Respondent. | No. 6:26-CV-00301-H |

**ORDER**

Petitioner is a native and citizen of Honduras. Proceeding pro se, he filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 to challenge his immigration detention during the pendency of his removal proceedings. Dkt. No. 1. He seeks immediate release on supervision.

On September 13, 2026, Respondent filed a response and relevant records, arguing that the Court should deny the petition because Petitioner's detention is lawful. Dkt. Nos. 12, 13. In particular, Respondent contends that an immigration judge recently granted Petitioner's application for voluntary departure and ordered that he depart the United States before September 28, and that Petitioner otherwise remains subject to mandatory detention under 8 U.S.C. § 1225 because he was never lawfully admitted into the United States.

The deadline for Petitioner to file a reply to Respondent's response expired. To date, he has not filed a reply, sought an extension of time to do so, or otherwise attempted to refute the factual and legal contentions asserted by Respondent in its response. Moreover, it appears that Petitioner's petition is now moot. After conducting a search on the U.S.

Immigration and Customs Enforcement (ICE)'s online detainee locator system, the Court confirms and takes judicial notice of the fact that, as of today, Petitioner is no longer in ICE custody.[1] *See Chay v. Holder*, 470 F. App'x 406, 407 (5th Cir. 2012) (citations omitted).

Petitioner's petition is therefore dismissed for lack of jurisdiction as moot.

So ordered.

The Court will enter judgment accordingly.

Dated October 8, 2026.

JAMES WESLEY HENDRIX
United States District Judge

[1] *See* https://locator.ice.gov/odls/#/search (last visited October 7, 2026).